In re Comer, Eddie; Guidry, Calvin; Hardy, David; Hardy, Tony; Hebert, Dwayne; Hebert, Greg; Luquette, Lester; Ramke, Shawn; Vaughn, Sandy; Williams, George; Broussard, Steve; Harrington, James; LeBlanc, Earl; Roy, Dane; Shel-vin, Laura; Boneski, Joey, II et al.;— Plaintiff(s); Applying for Writ of Certiora-ri and/or Review, Parish of Vermilion, 15th Judicial District Court Div. E, No. 95-66269; to the Court of Appeal, Third Circuit, No. 99-722.
Denied.
JOHNSON, J., would grant the writ in part.
LEMMON, J., not on panel.